IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 24-cv-00894-SKC-NRN             Date:  June 20, 2024
Courtroom Deputy:  Román Villa                   FTR:   Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| ALYSE BRENNECKE, | J. Brad Bergford |
| Plaintiff, | |
| v. | |
| REGENTS OF THE UNIVERSITY OF COLORADO d/b/a UNIVERSITY OF COLORADO MEDICINE, a body corporate, | Megan Clark |
| Defendant. | |

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**

**10:59 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before June 20, 2024.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their stipulated Motion for Protective Order and proposed Protective Order **on or before June 27, 2024.**

Joinder of Parties/Amendment to Pleadings: August 5, 2024

Discovery Cut-off: December 2, 2024

Dispositive Motions Deadline: January 30, 2025

Each side shall be limited to 5 depositions, excluding experts.
For fact witnesses, depositions shall not exceed 7 hours for two deponents, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 1 expert witness, absent leave of court.
Disclosure of Affirmative Experts: September 3, 2024
Disclosure of Rebuttal Experts: October 3, 2024
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for **September 3, 2024, at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Final Pretrial Conference:** Judge Crew's Chambers will set the Final Pretrial Conference after the dispositive motions deadline has passed and the Court has issued rulings on all such motions, or no dispositive motions have been filed (and the deadline has passed).

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:25 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:26

\*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.