## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00894-SKC-

NRN

ALYSE BRENNECKE,

     Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF
COLORADO d/b/a UNIVERSITY OF
COLORADO MEDICINE, a body
Corporate,

     Defendant.

---

## JOIN MOTION FOR DISMISSAL WITH PREJUDICE

---

COMES NOW attorney J. Bradley Bergford of Illumine Legal LLC, Counsel for Plaintiff,

and Megan H. Clark of Office of University Counsel, Counsel for Defendant, who respectfully

submit this Joint Motion for Dismissal with Prejudice:

### NOTICE

1.     Plaintiff and Defendant entered into a written settlement agreement on February

13, 2025.

2.     On February 19, 2025, Counsel for Defendant filed a Joint Notice of Settlement.

3.    On February 20, 2025, the Court entered an Order requiring the Parties to file

dismissal papers by March 24, 2025.

4.    There are no outstanding matters to be resolved between the parties.

WHEREFORE Attorney for Plaintiff, J. Brad Bergford, and Attorney for Defendant,

Megan H. Clark, respectfully request that this honorable Court dismiss this case with prejudice.

Respectfully submitted this 13th day of March, 2025.

ILLUMINE LEGAL LLC


*/s/ J. Brad Bergford*
J. Brad Bergford, CO Bar No. 42942
8055 East Tufts Ave., Ste. 1350
Denver, CO 80237
Phone: (303) 228-2241, ext. 100
Email: brad@illuminelegal.com
*Attorney for Plaintiff*


OFFICE OF UNIVERSITY COUNSEL


*/s/ Megan H. Clark*
Megan H. Clark
Assistant University Counsel
Special Assistant Attorney General
1800 Grant Street, Suite 700
Denver, CO 80203
Phone: (303) 860-5691
Email: megan.clark@cu.edu
*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 13, 2025, I electronically served the foregoing statement using the Court's Electronic Filing System, which will send notification of such filing to the following:

Megan H. Clark
Assistant University Counsel
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
Megan.Clark@cu.edu
*Attorney for Defendant*

/s/ *Deborah J. Harant*
Deborah J. Harant
Litigation Paralegal
Illumine Legal LLC